UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>    Plaintiff,<br><br>v.<br><br>BASIL PLASTIRAS, et al.,<br><br>    Defendants. | Case No. 24-cv-03241-JSC<br><br>**ORDER RE: SERVICE DISPUTE** |

The Court held oral argument on August 15, 2024 on Defendants' motion for entry of default. As discussed at the hearing, in light of the testimony taken at the hearing, Defendants shall submit a supplemental declaration from Defendant Plastiras regarding service. The declaration shall be submitted on or before **August 23, 2024**. The Court will determine how to proceed, and specifically, whether an in-person evidentiary hearing is required, upon review of the supplemental declaration.

**IT IS SO ORDERED.**

Dated: August 16, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge