UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BAHAMONDE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, et al., <br><br> Defendants. | Case No. 25-cv-03499-TLT <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br> Re: Dkt. No. 4 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Corley for consideration of whether the case is related to 24-cv-3333-JSC.

**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
TRINA L. THOMPSON
United States District Judge